# UNITED STATES DISTRICT COURT
## for the
### Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle Gibler<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-3021-MJ-WJE<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/04/2019 - 06/16/2019__ in the county of __Boone__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release<br>Class B Felony | Between on or about June 4, 2019, and June 16, 2019, within Boone County, in the Western District of Missouri and elsewhere, the defendant, KYLE GIBLER, attempted to employ, use, persuade, induce, entice and coerce a minor female victim (F.V. 1) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was transported in interstate commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e). |

This criminal complaint is based on these facts:

See affidavit of FBI SA Sean McDermott, attached hereto and made a part hereof for all purposes.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SA Sean McDermott
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: October 22, 2020

*Judge's signature*

Western District of Missouri

Willie J. Epps, Jr., United States Magistrate Judge
*Printed name and title*