# AFFIDAVIT
## of
## SEAN McDERMOTT
## SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being first duly sworn, do depose and state that:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and am assigned to the Jefferson City, Missouri office. I have been an SA with the FBI for approximately sixteen (16) years. In the course of my career, I have participated in numerous investigations concerning violations of Title 18, United States Code. I am currently assigned to criminal investigations involving child exploitation and child pornography. I have gained expertise in the conduct of such investigations through training in seminars and everyday work related to these types of investigations. I have personally led multiple investigations involving child exploitation.

2. The statements contained in this affidavit are based on information I learned through my personal knowledge, investigative reports from other investigators familiar with this investigation, and conversations with investigators familiar with this investigation.

3. On July 26, 2019, the Boone County Sheriff's Department (BCSD) received an anonymous report through the Boone County Children's Division that an 11-year-old female (FV1) distributed nude images of herself to adult men she met on the internet. Investigation by BCSD revealed an adult male, who identified himself as Paul, enticed FV1 to produce and distribute explicit images of herself and her 2-year-old brother (MV1).

4. On July 28, 2019, BCSD Deputy Jay Stewart interviewed FV1 at her residence in Columbia, Missouri, in the presence of her mother. FV1 stated she met Paul on the internet chat application FastMeet and they started "dating." FV1 stated Paul frequently asked for explicit images of her and MV1. FV1 stated she sent images of her exposed breasts and a naked image of

MV1 to Paul.

5. A state search warrant obtained by the BCSD, and served on FastMeet for Paul's account, ID #33555324, yielded sexually explicit communications between FV1 and Paul from June 4, 2019 to June 16, 2019, and the photographs and videos they exchanged therein. These communications began:

> **Paul:** want to make daddy cum babygirl? i want to be your pedophile daddy ur so beautiful and sexy as fuck little girl.can daddy have you babygirl?? ??????
>
> **Paul:** how old r u girl
>
> **FV1:** 11 u
>
> **Paul:** daddys 26 do u care? ????
>
> **Paul:** i want to be ur pedophile daddy ?
>
> **Paul:** can daddy see u babygirl
>
> **Paul:** my pedophile cock is so hard for u little girl

6. The following is a selection of the FastMeet communications that occurred between Paul and FV1 on June 8, 2019:

> **Paul**: can i see,his little kid cock
>
> **FV1**: Yes
>
> **Paul**: unless u dont want to show but ur big pedophile daddy really wants to see
>
> **Paul**: oh daddy is,excited to see
>
> **FV1**: (Sends an image of MV1 sleeping)
>
> **FV1**: He won't let me move him
>
> **Paul**: when can pedo daddy see its so hot babygirl
>
> **FV1**: I'm trying

**Paul**: lol he is the cutest little boy omg babygirl

**Paul**: hmmm say need a change and them just put it back on? if it works haha

**FV1**: I know

**Paul**: ur so hot my love

**Paul**: damn

**FV1**: And I do have to change him

**Paul**: ur making daddys pedo cock so excited got do hard to you and him my love

**Paul**: so not do lol

**Paul**: u tellin him ur changing him?

**FV1**: Yes first let me wipe him up

**Paul**: ok babygirl ??

**FV1**: (Sends an image of MV1 laying down nude with his genitals exposed.)

**Paul**: wow i want to rub my cock all over that little boy omg girl

7. The following is a selection of the FastMeet communications that occurred between Paul and FV1 on June 9, 2019:

**Paul**: daddy wants your sexy little pussy so bad babygirl

**Paul**: are u home with other peope besides ur step dad and lil brother

**FV1**: No

**FV1**: It's just me and my little brother who is up

**Paul**: well do u want to show daddy more? daddy wants to cum to you two ?????

**FV1**: More of what

**Paul**: pics of his little naked body and one of u if u feel confident more with ur pedophile daddy babygirl

**Paul**: so fucking sexy babygirl

**Paul**: if u want my love :")

**FV1**: So of my little brother naked

**Paul**: loool ur so fucking cute daddy cant believe it

**Paul**: ok baby yeah of ur cute little brother

**Paul**: daddy loves it and u

**FV1**: (Sends an image of MV1 sitting nude on a toilet.)

**Paul**: mmm u love daddys pedophile cock getting hard to him

**Paul**: can i see his little asshole? daddy wants to put my pedo cock in so bad

**FV1**: (Sends an image of MV1 nude on his hands and kneed with his buttocks exposed.)

**Paul**: mmmmm would u lick his little ass with ur pedo daddy

**FV1**: My little brother is taking a bath

**Paul**: u love showing daddy dont u

**FV1**: (Sends a video of MV1 nude in the bathtub.)

**FV1**: What

**Paul**: him

**Paul**: he so cute god damn

**Paul**: say put ur butt over the side and take a pic if his little butt hole

FV1 subsequently sent Paul multiple videos of MV1 nude in the bathtub with his genitals exposed.

8. The following is a selection of the FastMeet communications that occurred between Paul and FV1 on June 11, 2019:

**FV1**: I'm just laying up stairs and I'm naked

**Paul**: mm mmmm :P:P:P ur not naked

**FV1**: Yes I am

**FV1**: Do u not believe me

**Paul**: well ur pedophile daddy wants to see yah

**FV1**: So u don't believe me

**Paul**: i do i always trust and believe u my sexy girl

**Paul**: but u know daddys pedophile cock needs ur sexy naked underaged body so fucking bad

**FV1**: Fine don't show anybody promise

**FV1**: Promise you won't show anyone

**Paul**: ur mine babygirl

**Paul**: fuck other people

**FV1**: Ok

**FV1**: u my little sexy babygirl ur little naked body is mine

**FV1**: (Sends an image of FV1 sitting on the bathroom floor nude with her legs spread and her genitals exposed.)

**FV1**: Ok

**FV1**: I love u

**Paul**: mmmmmmmmmmmmmmmmmmmm fuck

**Paul**: cant even believe what im seeing

5

Case 2:20-cr-04089-RK   Document 1-1   Filed 10/22/20   Page 5 of 8

> **Paul**: ur 11 babygirl ur boobs are so fucking amazing babygirl

9. Other messages Paul sent to FV1 included:

- u know daddys pedophile cock will show u everything u want to know babygirl

- i want to cum in ur little pussy so bad xxx

- can daddy see ur little pussy i want to see it

- i want to see ur little pussy lips girl

- let daddys pedo cock see ur beautiful pussy girl

- making u tingle all over when daddy fingers your cute pussy

10. Registration information provided by FastMeet documented Paul logged into FastMeet from IP address 24.124.55.105 on 688 occasions from May 21, 2019, through June 24, 2019. Internet research identified the internet service provider hosting this IP address was Midcontinent Communications in Lawrence, Kansas. Midcontinent Communications reported this IP address was assigned to Kyle Gibler, 2436 Cedarwood Avenue, Lawrence, Kansas, telephone 785-218-4836, from May 19, 2019, to July 1, 2019.

11. FBI Task Force Officer (TFO) Justin Broxterman conducted surveillance at 2436 Cedarwood Avenue, Lawrence, Kansas on December 6, 2019. TFO Broxterman observed a dark grey to black in color Jeep displaying Kansas license plate 368KHU parked in the right hand side of the driveway, directly in front of the southern door of the attached garage. A check of vehicle registration records through the State of Kansas revealed this license plate was registered to a 2016 Jeep Patriot to Eric Allen Gibler at 2436 Cedarwood Avenue, Lawrence, Kansas, telephone number 785-218-4836.

12. In communications with other FastMeet users, Paul and the correspondent discussed communicating on Google Hangouts, whereafter Paul provided an email address of zummy45th@gmail.com. The following FastMeet conversation occurred June 16, 2019:

**Paul:** how old r u girl

**User #34246015:** 17

**Paul:** u have hangouts

**User #34246015:** yea n I don't give it out

**Paul:** zummy45th@gmail.com

**Paul:** oh well i want to giv u money

**Paul:** and wanted videos of u

13. A search warrant to Google for information associated with email account zummy45th@gmail.com issued from the U.S. District Court for the Western District of Missouri (Case #20-3004-SW-WJE) yielded a photograph of a receipt documenting the purchase of a $50 gift card at CVS on April 11, 2019, at 1:20 p.m. A CVS Pharmacy Regional Loss Prevention Manager reported this gift card was part of a cash purchase made at CVS store #676 by a customer using CVS Extracare Card #4765014176252. CVS records documented Extracare Card #4765014176252 was registered to Kyle Gibler, telephone number 785-218-4836. Internet research revealed CVS store #676 was located at 2300 Iowa Street, Lawrence, Kansas, which is approximately 0.5 miles from 2436 Cedarwood Avenue, Lawrence, Kansas.

14. The CVS Pharmacy Regional Loss Prevention Manager also reported Extracare Card #476501417625 was used at CVS store #676 on November 9, 2019. The CVS Pharmacy Regional Loss Prevention Manager provided still shots of surveillance video of the customer making this purchase, and the vehicle he drove to CVS. The person captured in these surveillance

7

Case 2:20-cr-04089-RK   Document 1-1   Filed 10/22/20   Page 7 of 8

photographs appeared consistent with a driver's license photograph of Kyle Gibler. The vehicle captured in these photograph appeared consistent with the Jeep TFO Boxterman observed at 2436 Cedarwood Avenue, Lawrence, Kansas, on December 6, 2019.

15. Gibler was voluntarily interviewed by law enforcement at the Lawrence Police Department on October 22, 2020. Gibler admitted he used the alias Paul to communicate with people on FastMeet. Gibler admitted he sometimes received inappropriate images of people under the age of 18 years old. Gibler admitted he sent videos of himself masturbating over FastMeet, and identified his penis in a photograph sent by FastMeet account #33555324.

_____
Sean McDermott
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed via telephone on this, the 22nd day of October, 2020.

_____
Willie J. Epps, Jr.
United States Magistrate Judge

8